ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :        APR 1  2007

    - v. -                         :        INDICTMENT

EL SHABAZZ ALLAH,                  :        07 Cr.

a/k/a "Muhammad El Shabazz Allah," :        07 CRIM. 318

          Defendant.           :

- - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1. On or about March 22, 2007, in the Southern District of New York and elsewhere, EL SHABAZZ ALLAH, the defendant, having been released on bail in connection with a charge punishable by imprisonment of fifteen years or more, unlawfully, willfully, and knowingly did fail to appear before a court as required by the conditions of his release, to wit, ALLAH failed to appear before United States Magistrate Judge Mark D. Fox on March 22, 2007, for a scheduled bail hearing in the matter of <u>United States</u> v. <u>El Shabazz Allah</u>, 07 Mag. 406.

(Title 18, United States Code, Sections 3146(a)(1) and (b)(1)(A)(i).)

_____
<u>Lynda Brown</u>
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: _____]