**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :
                                         **MISDEMEANOR**
         - v. -                       :  **INFORMATION**

EL SHABAZZ ALLAH,                     :  S1 07 Cr. 318 (CLB)

a/k/a "Muhammad El Shabazz Allah,"    :

         Defendant.                   :

- - - - - - - - - - - - - - - - - x



## COUNT ONE

The United States Attorney charges:

1. On or about March 22, 2007, in the Southern District of New York and elsewhere, EL SHABAZZ ALLAH, a/k/a "Muhammad El Shabazz Allah," the defendant, unlawfully, willfully, and knowingly, did disobey a lawful writ, process, order, rule, decree, and command of a district court of the United States, and that act was of such a character as to constitute also a criminal offense under a statute of the United States, to wit, ALLAH failed to appear in court as ordered by a United States magistrate judge, and thereby violated Title 18, United States Code, Section 3146(a)(1).

(Title 18, United States Code, Section 402.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

*[signature]*
MICHAEL J. GARCIA
United States Attorney