# MEMO ENDORSED

## BURKE, MIELE & GOLDEN, LLP

100 WASHINGTON AVENUE
POST OFFICE BOX 397
SUFFERN, N.Y. 10901
(845) 357-7500

Fax (845) 357-7321

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

PHYLLIS A. INGRAM**
DENNIS J. MAHONEY, III
KELLY M. NAUGHTON***
F. MICHELLE COOPER

JOSEPH P. McGLINN (1941-2000)

\* ADMITTED IN NEW YORK & NEW JERSEY
\*\* ADMITTED IN NEW YORK & CONNECTICUT
\*\*\* ADMITTED IN NEW YORK & MASSACHUSETTS

ORANGE COUNTY OFFICE:
30 MATTHEWS STREET
SUITE 303A
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080
(845) 294-7673 (FAX)

REPLY TO: ☐ ORANGE CO.
☐ ROCKLAND CO.

Respond to Post Office Box

June 19, 2007

Hon. Charles L. Brieant
District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Via Fax – 914-390-4085

07CR 318(CLB)

Re:  U. S. v. Allah

Dear Judge Brieant,

I am writing to request a temporary bail modification to permit Mr. Allah to travel to Texas for business. Mr. Allah entered a plea of guilty yesterday, June 18, 2007, to a B misdemeanor before Magistrate Judge Smith. If permitted, Mr. Allah would be leaving Wednesday, June 20, 2007 and returning Wednesday, June 27, 2007. He will be staying at the Wyndam Hotel, 8051 LBJ Freeway, Dallas, Texas. I have spoken with his pre-trial services officer, Vincent Adams and the Assistant United States Attorney, Nola Heller and they have no objection to this request.

Very truly yours,

Michael K. Burke

*Application Granted So ORDERED Charles Brieant USDJ June 19, 2007*

MKB:vc
cc:  Vincent Adams        Via Fax – 914-390-4035
     Pre-Trial Services

     Nola Heller, Esq.,    Via Fax – 914-682-3392
     Assistant United States Attorney

Copies mailed / handed / faxed to counsel for Defendant with directions to serve 6-19-07