# MEMO ENDORSED

## BURKE, MIELE & GOLDEN, LLP

30 MATTHEWS STREET
SUITE 303A
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080

FAX (845) 294-7673

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

PHYLLIS A. INGRAM **
DENNIS J. MAHONEY, III
KELLY M. NAUGHTON***
F. MICHELE COOPER
JOSEPH P. MCGLINN (1941-2000)

* ADMITTED IN NEW YORK & NEW JERSEY
** ADMITTED IN NEW YORK & CONNECTICUT
*** ALSO ADMITTED IN MASSACHUSETTS

ROCKLAND COUNTY OFFICE:
100 WASHINGTON AVENUE
POST OFFICE BOX 397
SUFFERN, N.Y. 10901
(845) 357-7500
(845) 337-7321 (FAX)

REPLY TO:  ☐ ORANGE CO.
           ☐ ROCKLAND CO.

Respond to Post Office Box

June 28, 2007

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: U.S. v. Allah
    07 CR 318 (CLB)

Dear Judge Brieant:

I am writing to request a temporary bail modification to permit Mr. Allah, who entered a plea of guilty on June 18, 2007 to a class B misdemeanor, to travel for business purposes for the following dates and locations:

June 29, 2007 through July 2, 2007 to the GM Renaissance Center (Mall), located at 400 Renaissance Center, Detroit, MI and the Universal Mall, located at 28582 Dequindre, Warren, MI;

July 2, 2007 though July 4, 2007 to the Woodfield Mall, located at 5 Woodfield Mall, Schaumberg, IL and the Chicago Place Mall, located at 444 Chicago Rdg., Chicago, Rdg., IL and the Ford City Shopping Center, 7601 S. Cicero Avenue, Chicago, IL;

July 4, 2007 through July 7, 2007 to the Galleria Mall, located at 13350 Dallas Pkway, Dallas, TX; and for

personal purposes to the following dates and locations:
July 7, 2007 through July 10, 2007 to visit my children in Florida.

*[Handwritten annotation in left margin: Application Granted SO ORDERED June 28, 2007 /s/ Charles L. Brieant]*

I have spoken with his pre-trial services officer, Vincent Adams and the Assistant United States Attorney, Nola Heller and they have no objection to this request.

Respectfully,

*[signature]*

MICHAEL K. BURKE

MKB:der
Cc: Vincent Adams/Pre-Trial Services
    Nola Heller, Assistant US Attorney