# MEMO ENDORSED

## BURKE, MIELE & GOLDEN, LLP

30 MATTHEWS STREET
SUITE 303A
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080
FAX (845) 294-7673

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

PHYLLIS A. INGRAM **
DENNIS J. MAHONEY, III
KELLY M. NAUGHTON ***
F. MICHELE COOPER
JOSEPH P. MCGLINN (1941-2000)

* ADMITTED IN NEW YORK & NEW JERSEY
** ADMITTED IN NEW YORK & CONNECTICUT
*** ALSO ADMITTED IN MASSACHUSETTS

ROCKLAND COUNTY OFFICE
100 WASHINGTON AVENUE
POST OFFICE BOX 397
SUFFERN, N.Y. 10901
(845) 357-7500
(845) 357-7321 (FAX)

REPLY TO:  ☐ ORANGE Co.
           ☐ ROCKLAND Co.

Respond to Post Office Box

July 20, 2007

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

<u>Via Facsimile (914) 390-4085</u>

Re:   U.S. v. Allah
      07 CR 318 (CLB)

Dear Judge Brieant:

I am writing to request a temporary bail modification to permit Mr. Allah, who entered a plea of guilty on June 18, 2007 to a class B misdemeanor, to travel for business purposes for the following dates and locations:

July 23, 2007 through July 25, 2007 to the GM Renaissance Center (Mall), located at 400 Renaissance Center, Detroit, MI and the Universal Mall, located at 28582 Dequindre, Warren, MI. Allah will be staying at the Marriott Hotel during his stay in Detroit, MI.; and for

July 25, 2007 through July 27, 2007 to the Galleria Mall, located at 13350 Dallas Pkway, Dallas, TX. Mr. Allah will be staying at the Wyndham Hotel during his stay in Dallas, TX.

I have spoken with his pre-trial services officer, Scott Kowal and the Assistant United States Attorney, Nola Heller and they have no objection to this request.

Respectfully,

Michael K. Burke
MICHAEL K. BURKE

MKB:la

[Handwritten annotation in left margin: Application Granted SO ORDERED Charles L. Brieant July 23, 2007]

cc: Scott Kowal/Pre-Trial Services (Via Facsimile (914) 390-4035)
Nola Heller, Assistant US Attorney (Via Facsimile (914) 993-1980