# BURKE, MIELE & GOLDEN, LLP

30 MATTHEWS STREET
SUITE 303A
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080
FAX (845) 294-7673

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

PHYLLIS A. INGRAM **
DENNIS J. MAHONEY, III
KELLY M. NAUGHTON***
F. MICHELE COOPER
JOSEPH P. MCGLINN (1941-2000)

\* ADMITTED IN NEW YORK & NEW JERSEY
\*\* ADMITTED IN NEW YORK & CONNECTICUT
\*\*\* ALSO ADMITTED IN MASSACHUSETTS



ROCKLAND COUNTY OFFICE
**MEMO ENDORSED**
(845) 357-7321 (FAX)

REPLY TO: ☐ ORANGE CO.
☐ ROCKLAND CO.

Respond to Post Office Box

July 31, 2007

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

<u>Via Facsimile (914) 390-4085</u>

Re:   U.S. v. Allah
      07 CR 318 (CLB)

Dear Judge Brieant:

I am writing to request a temporary bail modification to permit Mr. Allah, who entered a plea of guilty on June 18, 2007 to a class B misdemeanor, to travel for medical treatment from August 2, 2007 trough August 6, 2007 to visit Dr. Sam Kennedy and a holistic center located on 1500 Central Avenue, Albany, NY. Mr. Allah will be staying at the Comfort Inn located on 1606 Central Avenue, Albany, NY.

I have spoken with his pre-trial services officer, Vincent Adams, and Assistant United States Attorney Nola Heller and they have no objection to this request.

Respectfully,

MICHAEL K. BURKE
MKB:la

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Cc:   Vincent Adams/Pre-Trial Services (Via Facsimile (914) 390-4035)
      Nola Heller, Assistant US Attorney (Via Facsimile (914) 993-1980)

APPLICATION GRANTED

HON. STEPHEN C. ROBINSON
8/1/07