# BURKE, MIELE & GOLDEN, LLP

30 MATTHEWS STREET
SUITE 303A
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080

FAX (845) 294-7673

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

PHYLLIS A. INGRAM **
DENNIS J. MAHONEY, III
KELLY M. NAUGHTON***
F. MICHELE COOPER
JOSEPH P. McGLINN (1941-2000)

* ADMITTED IN NEW YORK & NEW JERSEY
** ADMITTED IN NEW YORK & CONNECTICUT
*** ALSO ADMITTED IN MASSACHUSETTS

ROCKLAND COUNTY OFFICE:
100 WASHINGTON AVENUE
POST OFFICE BOX 397
SUFFERN, N.Y. 10901
(845) 357-7500
(845) 357-7321 (FAX)

REPLY TO:  ☐ ORANGE CO.
           ☐ ROCKLAND CO.

Respond to Post Office Box

## MEMO ENDORSED

August 20, 2007

Honorable Mark D. Fox
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

<u>Via Facsimile (914) 390-4129</u>

Re:  U.S. v. Allah
     07 CR 318 (CLB)

Dear Judge Fox:

I am writing to request a temporary bail modification to permit Mr. Allah, who entered a plea of guilty on June 18, 2007 to a class B misdemeanor, to travel to Atlantic City, New Jersey this evening, August 20, 2007, through Saturday, August 25, 2007 in order to pick-up a replacement for one of his broken machines for his business. Mr. Allah will be staying at the Ramada Inn located on 8037 Black Horse Pike, West Atlantic City, NJ 08232.

Michael K. Burke, Esq. spoke with his pre-trial services officer, Vincent Adams, and Assistant United States Attorney Nola Heller and they had no objection to this request.

Respectfully,

DENNIS J. MAHONEY, III

DJM:la

Cc:  Vincent Adams/Pre-Trial Services (Via Facsimile (914) 390-4035)
     Nola Heller, Assistant US Attorney (Via Facsimile (914) 993-1980)

8/20/07  APPLICATION GRANTED ON CONSENT. SO ORDERED.

MARK D. FOX
United States Magistrate Judge
Southern District of New York