**MEMO ENDORSED**

# BURKE, MIELE & GOLDEN, LLP

30 MATTHEWS STREET
SUITE 303A
POST OFFICE BOX 216
GOSHEN, N.Y. 10924
(845) 294-4080

FAX (845) 294-7673

ROCKLAND COUNTY OFFICE:
100 WASHINGTON AVENUE
POST OFFICE BOX 397
SUFFERN, N.Y. 10901
(845) 357-7500
(845) 357-7321 (FAX)

PATRICK T. BURKE
ROBERT M. MIELE *
RICHARD B. GOLDEN
MICHAEL K. BURKE

PHYLLIS A. INGRAM **
DENNIS J. MAHONEY, III
KELLY M. NAUGHTON***
F. MICHELE COOPER
JOSEPH P. MCGLINN (1941-2000)

ADMITTED IN NEW YORK & NEW JERSEY
** ADMITTED IN NEW YORK & CONNECTICUT
*** ALSO ADMITTED IN MASSACHUSETTS

REPLY TO:   ☐ ORANGE CO.
            ☐ ROCKLAND CO.

Respond to Post Office Box

September 4, 2007

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

<u>Via Facsimile (914) 390-4085</u>

Re:   U.S. v. Allah
      07 CR 318 (CLB)

Dear Judge Brieant:

I am writing to request a temporary bail modification to permit Mr. Allah, who entered a plea of guilty on June 18, 2007 to a class B misdemeanor, to travel for business purposes for the following dates and locations:

September 6, 2007 through September 10, 2007 to Dallas, Texas. Mr. Allah will staying at the Fairmont Dallas located at 1717 North Akard Street, Dallas, TX 25204.; and for

September 14, 2007 through September 17, 2007 to Albany, New York. Mr. Allah will be staying at the Comfort Inn & Suites located at 1606 Central Avenue, Albany, NY 12205.

I have spoken with his pre-trial services officer, Vincent Adams and the Assistant United States Attorney, Nola Heller and they have no objections to these requests.

Respectfully,

Michael K. Burke
MICHAEL K. BURKE

MKB:la

*[Handwritten on left margin: Application Granted So ORDERED Charles L. Brieant September 5, 2007]*

cc: Vincent Adams/Pre-Trial Services (Via Facsimile (914) 390-4035)
Nola Heller, Assistant US Attorney (Via Facsimile (914) 993-1980