**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.:        (212) 637-2717

*[U.S. DISTRICT COURT FILED OCT 3 1 2007 S.D. OF N.Y. stamp]*

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

       Plaintiff,

    - v. -

EL SHABAZZ ALLAH,

       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SATISFACTION OF JUDGMENT

07 CR 0318-01 (CLB)

JUDGMENT #: 07,0256-WP

SOUTHERN DISTRICT OF NEW YORK

  Satisfaction is acknowledged between United States of America, plaintiff, and El Shabazz Allah, defendant, for the fine in the amount of $1,000.00 and the special assessment in the amount of $10.00, amounting in all to the sum of $1,010.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 18th day of September 2007.

              MICHAEL J. GARCIA
              United States Attorney for the
              Southern District of New York

              By: _____
              KATHLEEN A. ZEBROWSKI
              Assistant United States Attorney

STATE OF NEW YORK)
       ss:
COUNTY OF NEW YORK)

  On the 29th day of October 2007, before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC

KATHY TAYLOR
Notary Public, State of New York
No. 01TA5077230
Qualified in Kings County
Commission Expires May 5, 2011